AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
V.

NEILA CARNEIRO and
HERACLITO J. SEGOVIA, A/K/A
"CHICO"

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER: 03-1725-CBS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about From August 13 to on or about Sept. 5, 2003 in Worcester, Middlesex counties in the District of MASSACHUSETTS defendant(s) did, (Track Statutory Language of Offense)

knowlingly and without lawful authority, produce and transfer false identification documents; and did knowingly engage in forgery and false use of a pssport; and did knowingly produce counterfeit visas and alien registration documents; and did conspire to commit the aforementioned acts and committed overt acts in furtherance of that conspiracy.

in violation of Title 18 United States Code, Section(s) 1028(a), 1543, 1546 and 371.

I further state that I am a(n) Special Agent Diplomatic Security Service (Official Title) and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

[signature]
Signature of Complainant Joseph M. LeStorti

Sworn to before me and subscribed in my presence,

9-9-03 at Boston, Massachusetts
Date City and State

Charles B. Swartwood, III
U.S. Magistrate Judge
Name & Title of Judicial Officer

[signature]
Signature of Judicial Officer

JS 45 (5/97) - (Revised USAO MA 3/25/02)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** **Category No.** II **Investigating Agency** D.S.S./I.C.E.

**City** Shrewsbury, Framingham,

**County** Worcester, Middlesex,

**Related Case Information:**

Superseding Ind./ Inf. ______ Case No. ______
Same Defendant ______ New Defendant ______
Magistrate Judge Case Number ______
Search Warrant Case Number ______
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name Nelia CARNEIRO Juvenile ☐ Yes ☒ No

Alias Name ______

Address 34B Shrewsbury Green Drive, Shrewsbury, MA

Birth date: 1969 SS#: None Sex: F Race: Cauc./Hisp. Nationality: Brazil

**Defense Counsel if known:** ______ **Address:** ______

**Bar Number:** ______

**U.S. Attorney Information:**

**AUSA** Gregory Moffatt **Bar Number if applicable** 559778

**Interpreter:** ☐ Yes ☒ No **List language and/or dialect:** **English/Brazilian Portugese**

**Matter to be SEALED:** ☒ Yes ☐ No

☒ **Warrant Requested** ☐ **Regular Process** ☐ **In Custody**

**Location Status:**

**Arrest Date:** ______

☐ **Already in Federal Custody as** ______ **in** ______.
☐ **Already in State Custody** ______ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:** **Ordered by** ______ **on** ______

**Charging Document:** ☒ **Complaint** ☐ **Information** ☐ **Indictment**

**Total # of Counts:** ☐ **Petty** ______ ☐ **Misdemeanor** ______ ☒ **Felony** 4

**Continue on Page 2 for Entry of U.S.C. Citations**

☒ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** September 9, 2003 **Signature of AUSA:** [signature]

**District Court Case Number (To be filled in by deputy clerk):** ______________________

**Name of Defendant** Nelia CARNEIRO

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. §1028(a) | production of false identification documents | N/A |
| Set 2 | 18 U.S.C. §1543 | False use of passport | N/A |
| Set 3 | 18 U.S.C. §1546 | Production of false immigration documents | N/A |
| Set 4 | 18 U.S.C. §371 | Conspiracy | N/A |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** ______________________

JS 45 (5/97) - (Revised USAO MA 3/25/02)

**Criminal Case Cover Sheet** — **U.S. District Court - District of Massachusetts**

**Place of Offense:** **Category No.** II **Investigating Agency** D.S.S./I.C.E.

**City** Shrewsbury, Framingham,

**County** Worcester, Middlesex,

**Related Case Information:**

Superseding Ind./ Inf. ____ Case No. ____
Same Defendant ____ New Defendant ____
Magistrate Judge Case Number ____
Search Warrant Case Number ____
R 20/R 40 from District of ____

**Defendant Information:**

Defendant Name Heraclito J. SEGOVIA Juvenile ☐ Yes ☒ No

Alias Name Chico

Address 5A Stone Avenue, Shrewsbury, MA

Birth date: 1949 SS#: XXXxx3670 Sex: M Race: Cauc./Hisp. Nationality: Brazil

**Defense Counsel if known:** ____ **Address:** ____

**Bar Number:** ____

**U.S. Attorney Information:**

**AUSA** **Gregory Moffatt** **Bar Number if applicable** **559778**

**Interpreter:** ☐ **Yes** ☒ **No** **List language and/or dialect:** **English/Brazilian Portugese**

**Matter to be SEALED:** ☒ **Yes** ☐ **No**

☒ **Warrant Requested** ☐ **Regular Process** ☐ **In Custody**

**Location Status:**

**Arrest Date:** ____

☐ **Already in Federal Custody as** ____ **in** ____.
☐ **Already in State Custody** ____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:** **Ordered by** ____ **on** ____

**Charging Document:** ☒ **Complaint** ☐ **Information** ☐ **Indictment**

**Total # of Counts:** ☐ **Petty** ____ ☐ **Misdemeanor** ____ ☒ **Felony** 4

**Continue on Page 2 for Entry of U.S.C. Citations**

☒ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** **September 9, 2003** **Signature of AUSA:** [signature]

**District Court Case Number (To be filled in by deputy clerk):** ____________________

**Name of Defendant** Heraclito J. SEGOVIA, a/k/a Chico

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. §1028(a) | production of false identification documents | N/A |
| Set 2 | 18 U.S.C. §1543 | False use of passport | N/A |
| Set 3 | 18 U.S.C. §1546 | Production of false immigration documents | N/A |
| Set 4 | 18 U.S.C. §371 | Conspiracy | N/A |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** ____________________