UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) M.J. No. 03- 1725-CBS |
| NELIA CARNEIRO and | ) |
| HERACLITO J. SEGOVIA, a/k/a | ) |
| "CHICO, | ) |
|     Defendants. | ) |

### GOVERNMENT'S MOTION TO SEAL

The United States Attorney hereby respectfully moves the Court to seal the complaint, supporting affidavit, arrest warrants, this motion and the Court's order on this motion, and any other paperwork related to this matter, until further order of this Court. As grounds for this motion, the government states that public disclosure of these materials might jeopardize the ongoing investigation of this case, as well as the government's ability to arrest the defendants.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Gregory Moffatt
Assistant U.S. Attorney
(617) 748-3370

Date: September 9, 2003

9-9-03
allowed
[signature]