# United States District Court

DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA
V.

HERACLITO J. SEGOVIA, A/K/A
"CHICO"

## WARRANT FOR ARREST

CASE NUMBER: 03-1725-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Heraclito J. Segovia, A/K/A "Chico"__
Name

and bring him ~~or her~~ forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him ~~or her~~ with (brief description of offense)

identification document fraud, misuse of passport, misuse of visa, conspiracy

in violation of Title __18__ United States Code, Section(s) __1028(a), 1543, 1546, 371__

CHARLES B. SWARTWOOD, III           U.S. MAGISTRATE JUDGE
Name of Issuing Officer              Title of Issuing Officer

[signature]                          9-9-03 @ Boston, MA.
Signature of Issuing Officer         Date and Location

_____
(By) Deputy Clerk

Bail fixed at $ _____ by _____
                        Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

WARRANT EXECUTED BY DAS
ARREST/ARRAIGNMENT OF THE DEFENDANT ON 9/10/03

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |