## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

```
                                )
UNITED STATES OF AMERICA        )
                                )
        v.                      )      CRIMINAL ACTION
                                )      NO. 03-1725-CBS
HERACLITO J. SEGOVIA,           )
a/k/a "CHICO",                  )
(Mr. Segovia), ET AL,           )
            Defendants,         )
                                )
```

## MEMORANDUM OF PROBABLE CAUSE AND
## ORDER ON THE GOVERNMENT'S MOTION FOR DETENTION
### September 16, 2003

**SWARTWOOD, M.J.**


    I.   Nature of the Offense and the Government's Motion

On September 9, 2003, a criminal Complaint was filed, charging Heralclito J. Segovia ("Mr. Segovia") and another, with knowingly and unlawfully producing and transferring false identification documents in violation of 18 U.S.C. § 1028(a); knowingly engaging in forging and false use of a passport in violation of 18 U.S.C. §1543; knowingly producing counterfeit visas and alien registration documents in violation of 18 U.S.C. §1546; and conspiracy to commit the above offenses in violation of 18 U.S.C. §371.

At Mr. Segovia's initial appearance on September 10, 2003 in connection with this Complaint, he was advised of his right to a preliminary examination  in accordance with Fed.R.Crim.P. 5.1 and

the Government moved for a detention hearing pursuant to in accordance with 18 U.S.C. 3142(f)(2)(A)(risk of flight).

On September 15, 2003, a consolidated probable cause/detention hearing was scheduled and at that hearing Mr. Segovia waived his right to a probable cause hearing, and assented to an order of detention, but reserved his right to a detention hearing in the future.

## II.  Order of Detention

In accordance with the foregoing memorandum, IT IS ORDERED:

1.    That Mr. Segovia be committed to the custody of the Attorney General, or his designated representative, for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2.    That Mr. Segovia be afforded a reasonable opportunity for private consultation with counsel; and

3.    On order of a court of the United States or on request by an attorney for the Government, the person in charge of the corrections facility in which Mr. Segovia is detained and confined shall deliver Mr. Segovia to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

## RIGHT OF APPEAL

THE PERSON OR PERSONS DETAINED BY THIS ORDER MAY FILE A
MOTION FOR REVOCATION OR AMENDMENT OF THE ORDER PURSUANT TO 18
U.S.C. § 3145(b).

/S/CHARLES B. SWARTWOOD, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE