UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2003 OCT 24  P 12: 19

U.S. DISTRICT COURT
DISTRICT MASS

UNITED STATES OF AMERICA )
)
v. ) CR. NO. 03-mj-1752-MBB
)
HERACLITO J. SEGOVIA )
a/k/a "CHICO" )
)

## MOTION FOR FUNDS FOR AN INTERPRETER

Now comes the defendant in the above-entitled matter and moves that he be permitted to have an interpreter assist his court-appointed counsel under the Criminal Justice Act funds and assigns as reasons therefor the following:

1. The defendant speaks Portuguese.

2. The defendant is more comfortable writing in Portuguese than in English.

3. The defendant has already provided some writings to his defense counsel and has been asked for further writings from his defense counsel.

4. The defense counsel, court-appointed, is unable to speak Portuguese.

5. The defense counsel needs the interpretations to be able to understand the writings that his client has sent to him.

6. Failure to permit the allowance of this motion is to render the defendant's counsel ineffective assistance of counsel.

7. The defendant is unable to estimate the amount of money that this Court should set aside for the necessary funds. As the case is just beginning, there will be several other writings expected between defense counsel and defendant and those writings will necessitate interpretations.

**WHEREFORE**, for the above reasons, the defendant respectfully requests that this motion be granted.

The Defendant
By His Attorney,

*James B. Krasnoo*
James B. Krasnoo (BBO# 279300)
Law Offices of James B. Krasnoo
23 Main Street
Terrace Level
Andover, MA  01810
(978) 475-9955

### CERTIFICATE OF SERVICE

I, hereby certify that a true copy of the above document was served upon Gregory T. Moffatt, Assistant United States Attorney by first class mail on 10/23, 2003.

*James B. Krasnoo*
James B. Krasnoo