UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JAN 23 P 1:58

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Crim. No. 04-40001-NMG |
| HERACLITO J. SEGOVIA, a/k/a | ) |
| "CHICO, | ) |
|   Defendants. | ) |

## GOVERNMENT'S MOTION TO UNSEAL

The United States Attorney hereby respectfully moves the Court to unseal the Information filed on January 16, 2004, this motion and the Court's order on this motion. As grounds for this motion, the government states that Defendant was arrested on September 10, 2003, and the request to seal the Information on January 16 was in error. The materials no longer need to remain sealed.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ John M. Hodgens, Jr.
Gregory Moffatt
Assistant U.S. Attorney
(617) 748-3370

Date: January 23, 2004