UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>**UNITED STATES OF AMERICA,**</u>         Criminal Case

NO. 04-40001-NMG

V.

**Heraclito Segovia,**
        **Defendant**

## NOTICE

GORTON,  D.J.

PLEASE TAKE NOTICE that the above-entitled case has been SET for       RULE 11 HEARING     on  THURSDAY  FEBRUARY 5, 2004         at  3:00PM

before  Judge     GORTON     in U.S. District Court, WORCESTER,  MA.

  1/23/04                              /S/ MARTIN CASTLES
    Date                               Deputy Clerk
                                       508-929-9904

Notice mailed to:
Counsel of record
Probation
Pretrial
U.S. Marshals