UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )  Criminal No. 04-40001-NMG<br>)<br>HERACLITO SEGOVIA )<br>) | |

### WAIVER OF INDICTMENT

I, Heraclito Segovia, the above-named defendant, who is accused of 1) conspiracy in violation of 18 U.S.C. § 371; 2) identity document fraud in violation of 18 U.S.C. § 1028(a)(3); 3) false use of passports in violation of 18 U.S.C. § 1543; and 4) use of counterfeit visas in violation of 18 U.S.C. § 1546(a), all during the period of August 13, 2003 to September 5, 2003, being advised of the nature of the charges, the proposed information, and my rights, hereby agree to waive in open court prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
HERACLITO SEGOVIA

_____
JAMES B. KRASNOO, ESQ.

Date:    February 5, 2004

ALLOWED IN OPEN COURT:

_____
NATHANIEL M. GORTON
UNITED STATES DISTRICT JUDGE